Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
5, 2007








Petition
for Writ of Mandamus Denied and Memorandum Opinion filed June 5, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00420-CV

____________

 

IN RE SALVADOR ZAVALA,

 Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On May
17, 2007, relator Salvador Zavala, an inmate, filed a mandamus petition in this
court, seeking a writ ordering the Honorable Marc C. Carter, presiding judge of
the 228th District Court, Harris County, Texas, to rule on relator=s AMotion for Written Rulings on all
Motions.@[1]  

Relator
failed to attach any documents to his petition in support of the requested 
relief.    Accordingly, we deny relator=s petition for writ of mandamus.    








PER
CURIAM

 

Petition Denied and Memorandum Opinion filed June 5,
2007.

Panel consists of Chief Justice Hedges and Justices
Hudson and Guzman.    









[1]See Tex. Gov=t Code Ann.
' 22.221 (Vernon 2004).